# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147933

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BERNARD A. SMITH,
     Defendant-Appellant.

SC: 147933
COA: 313365
Wayne CC: 12-002589-FC

_____/

     On order of the Court, the application for leave to appeal the September 11, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014

h0127

Clerk